# APPENDIX 9.6
# LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**   DUSTIN C. BOURQUE

**VS.**
KIRKSEY TRUCKING, INC., SENTRY SELECT INSURANCE COMPANY, USAA PROPERTY AND CASUALTY INSURANCE COMPANY AND BRANDON S. REYNOLDS

**Court:** 18TH JDC                            **Docket Number:** _____

**Parish of Filing:** West Baton Rouge         **Filing Date:** March 4, 2022

**Name of Lead Petitioner's Attorney:** Brandon S. Stockstill/Gordon McKernan Injury Attorneys

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1              **Number of named defendants:** 4

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- x Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- __ Wrongful Death
- __ General Negligence

- x Auto: Property Damage
- x Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- __ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Auto crash

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Brandon S. Stockstill                    Signature _____

Address  Gordon McKernan Injury Attorneys, 5656 Hilton Ave., Baton Rouge, LA 70808

Phone number: 225-231-1911           E-mail address: brandon@getgordon.com

| | |
|---|---|
| DUSTIN C. BOURQUE | SUIT NO. 47302 SECTION B |
| | 18TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| | PARISH OF WEST BATON ROUGE |
| KIRKSEY TRUCKING, INC., SENTRY SELECT INSURANCE COMPANY, USAA PROPERTY AND CASUALTY INSURANCE COMPANY AND BRANDON S. REYNOLDS | STATE OF LOUISIANA |

*************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes Petitioner, DUSTIN C. BOURQUE, who respectfully represents the following, to wit:

1.

Made Defendants herein are:

**KIRKSEY TRUCKING, INC.**, a foreign corporation, which may be served for process through its agent for service of process: F.A. Courtney, Jr., 220 West Maple Ridge Drive, Metairie, LA 70001;

**SENTRY SELECT INSURANCE COMPANY**, a foreign insurance company licensed to do and doing business in the State of Louisiana, which at all times pertinent hereto, had in full force and effect, a policy of liability insurance coverage which can be served through its registered agent for service of process: Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

**USAA PROPERTY AND CASUALTY INSURANCE COMPANY**, a foreign insurance company licensed to do and doing business in the State of Louisiana, which at all times pertinent hereto, had in full force and effect, a policy of uninsured/underinsured motorist insurance coverage which can be served through its registered agent for service of process: Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809; and,

**BRANDON S. REYNOLDS**, who, upon information and belief, is a resident of the full age of majority domiciled in the City of Baldwyn, State of Mississippi, whose address is declared to be 460 Hwy 30 West, Baldwyn, MS 38824.

2.

Venue is proper in West Baton Rouge Parish as per the C.C.P. Art. 42, et seq. The Defendants are justly and truly liable, jointly and severally, in solido, to the petitioner for damages, injuries, and losses which he has sustained, together with legal interest from the date of judicial demand and costs of these proceedings, in the accident described herein, to wit:

3.

On or about March 31, 2021, Petitioner, **DUSTIN C. BOURQUE**, was the owner and operator of a 2010 Ford F150 SUPERC, (hereinafter referred to as the "BOURQUE

1

VEHICLE"), which was slowing to a stop due to traffic in the middle westbound lane of I-10 in the Parish of West Baton Rouge, State of Louisiana.

4.

On the same date and time set forth above, **BRANDON S. REYNOLDS**, was the operator of a 2020 Tractor Trailer owned by **KIRKSEY TRUCKING INC.** (the "REYNOLDS VEHICLE") traveling westbound on I-10 in the middle lane in the Parish of West Baton Rouge, State of Louisiana.

5.

On the same date and time set forth above, the REYNOLDS VEHICLE failed to stop for the vehicles stopped ahead of him in the middle lane and without warning struck the rear of the BOURQUE VEHICLE causing a violent collision and injuries to **DUSTIN C. BOURQUE**.

6.

At all times pertinent hereto, **DUSTIN C. BOURQUE** operated the BOURQUE VEHICLE safely and with skill, and in no way did **DUSTIN C. BOURQUE** contribute to causing this collision.

7.

At all times pertinent hereto, and upon information and belief, **BRANDON S. REYNOLDS** was employed by the Defendant, **KIRKSEY TRUCKING, INC.**, and at the time of the crash was in the course and scope of his employment with **KIRKSEY TRUCKING, INC.**, and/or was a permissive driver of the REYNOLDS VEHICLE. Therefore, **KIRKSEY TRUCKING, INC.**, is vicariously liable for the negligent acts of **BRANDON S. REYNOLDS** per the doctrine of *respondeat superior*.

8.

**DUSTIN C. BOURQUE** avers that the Defendants are liable unto him for all such injuries caused by their fault and neglect per Louisiana Civil Code Articles 2315, et seq.

9.

Petitioner avers that the below described injuries were substantially and proximately caused by the negligence and fault of Defendant, **BRANDON S. REYNOLDS**, in the following, non-exclusive particulars, to wit:

a. Failure to keep a proper lookout;

b. Following too closely;

c.  Careless Operation;

d.  Failure to maintain control;

e.  Failure to stop;

f.  Operating his vehicle in violation of the traffic laws of Louisiana;

g.  Failing to see what he should have seen and if having seen, in failing to stop;

h.  Any and all other acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the trial of this matter.

10.

In addition to the negligence alleged heretofore, Petitioner alleges that a substantial cause of the above-described crash was the fault and/or negligence of the Defendant, **KIRKSEY TRUCKING, INC.**, which is described in part but not exclusively as follows:

a.  In failing to provide proper driver training;

b.  In failing to employ a safe and competent driver;

c.  In failing to properly supervise and instruct its drivers; and

d.  Any and all acts of negligence, omissions, and/or legal fault which constitute a violation of the emergency vehicles exception and shown at the time of this trial to be a proximate cause of Petitioners' injuries, damages, or losses.

11.

Petitioner is informed, believes and therefore alleges that at the time of the crash, **BRANDON S. REYNOLDS**, through his employer, **KIRKSEY TRUCKING, INC.**, had a policy of liability insurance with **SENTRY SELECT INSURANCE COMPANY**, and under the laws of the State of Louisiana, was in full force and effect at the time of the crash, and which insurance inures to the benefit of Petitioner under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

12.

Petitioner further alleges on information and belief that under the terms of said policy, **SENTRY SELECT INSURANCE COMPANY**, is obligated to pay any and all damages caused to Petitioner as a result of the negligence of **BRANDON S. REYNOLDS AND KIRKSEY TRUCKING, INC.**

13.

Petitioner, **DUSTIN C. BOURQUE**, avers that he was covered by a policy of uninsured/underinsured motorist insurance coverage issued by **USAA PROPERTY AND CASUALTY INSURANCE COMPANY** and that **BRANDON S. REYNOLDS** and/or **KIRKSEY TRUCKING, INC.** is either uninsured or underinsured, and thus, petitioner, **DUSTIN C. BOURQUE**, should recover, under the terms of the uninsured/underinsured motorist policy.

14.

As a result of the negligence of the Defendants, in causing the subject collision, Petitioner, **DUSTIN C. BOURQUE**, suffered the following non-exclusive injuries:

a. Physical pain and suffering – past, present, and future;

b. Mental pain and suffering – past, present, and future;

c. Loss of enjoyment of life – past, present, and future;

d. Medical expenses – past, present, and future;

e. Property damage;

f. Lost wages;

g. Loss of future earning capacity; and,

h. Other damages, which may be more fully shown at the trial of this matter.

15.

The Petitioner herein, **DUSTIN C. BOURQUE**, is therefore entitled to damages for the items set forth in such amounts as are reasonable in the premises and for any and all other relief provided by law or equity.

**WHEREFORE PETITIONER PRAYS** that Defendants, **SENTRY SELECT INSURANCE COMPANY**, in its capacity as the liability insurer, **KIRKSEY TRUCKING, INC. AND BRANDON S. REYNOLDS**, and **USAA PROPERTY AND CASUALTY INSURANCE COMPANY**, in its capacity as the uninsured/underinsured motorist insurer be duly cited to appear and answer this petition and that after due proceedings had and the lapse of all legal delays, that there be a judgment herein in favor of Petitioner, **DUSTIN C. BOURQUE**, for damages in an amount which is reasonable within the premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

**PETITIONER FURTHER PRAYS** for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted,

**GORDON MCKERNAN
INJURY ATTORNEYS**

*/s/ Brandon S. Stockstill*

**BRANDON S. STOCKSTILL (#26527)**
**J. Chandler Loupe (#19955)**
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
brandon@getgordon.com
Direct Dial: (225) 231.1911
Direct Fax: (225) 926.1202

**PLEASE SERVE:**

**SENTRY SELECT INSURANCE COMPANY**
In its capacity as liability insurer
*Through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**KIRKSEY TRUCKING, INC.**
*Through its agent for service of process:*
F.A. Courtney, Jr.
220 West Maple Ridge Drive
Metairie, LA 70001

**MARK S. VANAMBURGH**
*Via Louisiana Long Arm Statute:*
460 Hwy 30 West
Baldwyn, MS 38824

**USAA PROPERTY AND CASUALTY INSURANCE COMPANY**
In its capacity as uninsured/underinsured motorist insurer
*Through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

5

| | |
|---|---|
| **DUSTIN C. BOURQUE** | SUIT NO. 47302-SECTION B |
| | **18TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | |
| | **PARISH OF WEST BATON ROUGE** |
| **KIRKSEY TRUCKING, INC., SENTRY SELECT INSURANCE COMPANY, USAA PROPERTY AND CASUALTY INSURANCE COMPANY AND BRANDON S. REYNOLDS** | **STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, Brandon S. Stockstill, Gordon McKernan Injury Attorneys, as counsel for Petitioner, **DUSTIN C. BOURQUE,** in the above captioned matter, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment. This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully Submitted,

**GORDON MCKERNAN INJURY ATTORNEYS**

_____
**BRANDON S. STOCKSTILL (#26527)**
**J. Chandler Loupe (#19955)**
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
brandon@getgordon.com
Direct Dial: (225) 231.1911
Direct Fax: (225) 926.1202

# CITATION

| | | |
|---|---|---|
| DUSTIN C. BOURQUE <br><br> Versus <br><br> KIRKSEY TRUCKING, INC., ET AL |  | Case: 00001047302 <br> Division: B <br> 18th Judicial District Court <br> Parish of West Baton Rouge <br> State of Louisiana |

SERVE:  SENTRY SELECT INSURANCE COMPANY
          THROUGH S.O.S.
          8585 ARCHIVES AVE
          BATON ROUGE, LA  70809

*You are named as a defendant in the above captioned matter. Attached to this citation is a:*

- ☒ Certified Copy of Original Petition
- ☐ Certified Copy of Amended Petition
- ☐ Discovery Request

*You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.*

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on March 11, 2022.*

                                                                     */s/ Candace Singh*
                                                                  *Deputy Clerk of Court*
                                                                  *Hon. Mark J. Graffeo, Clerk of Court*
                                                                  *18th JDC/West Baton Rouge*
                                                                  *PO Box 107*
                                                                  *Port Allen, LA 70767*

*Attorney:*
*BRANDON STOCKSTILL*

*NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE*
*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

[ FILE COPY ]

# CITATION

*DUSTIN C. BOURQUE*

Versus

*KIRKSEY TRUCKING, INC., ET AL*



Case: 00001047302
Division: B
*18th Judicial District Court*
*Parish of West Baton Rouge*
*State of Louisiana*

---

*SERVE:  KIRKSEY TRUCKING, INC.*
*THROUGH AGENT: F.A. COURTNEY, JR.*
*220 WEST MAPLE RIDGE DRIVE*
*METAIRIE, LA  70001*

*You are named as a defendant in the above captioned matter.  Attached to this citation is a:*

- ☒ Certified Copy of Original Petition
- ☐ Certified Copy of Amended Petition
- ☐ Discovery Request

*You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.*

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on March 11, 2022.*

*[signature]*

*Deputy Clerk of Court*
*Hon. Mark J. Graffeo, Clerk of Court*
*18th JDC/West Baton Rouge*
*PO Box 107*
*Port Allen, LA 70767*

*Attorney:*
*BRANDON STOCKSTILL*

*NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE*
*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

[ FILE COPY ]

# CITATION



**DUSTIN C. BOURQUE**

Versus

**KIRKSEY TRUCKING, INC., ET AL**

Case: 00001047302
Division: B
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

SERVE:  USAA PROPERTY AND CASUALTY INSURANCE COMPANY
THROUGH AGENT LA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA  70809

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

- ☒ Certified Copy of Original Petition
- ☐ Certified Copy of Amended Petition
- ☐ Discovery Request

*You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.*

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on March 11, 2022.*

*[signature]*

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:
BRANDON STOCKSTILL

NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE
*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you.  Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice.  If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

[ FILE COPY ]

## LONG ARM CITATION
### CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

**DUSTIN C. BOURQUE**

Versus

**KIRKSEY TRUCKING, INC., ET AL**



Case: 00001047302
Division: B
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO:  BRANDON S. REYNOLDS
     460 HWY 30 WEST
     BALDWYN, MS  38824

**YOU ARE HEREBY SUMMONED** to comply with the prayer of the attached PETITION FOR DAMAGES or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:

(a) mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or

(b) actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.

WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON MARCH 11, 2022

_(signature)_
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:
BRANDON STOCKSTILL

[ FILE COPY ]

**Brandon Stockstill,** Attorney
brandon@getgordon.com
D: (225) 231-1911
F: (225) 926-1202



**GORDON**
MCKERNAN INJURY ATTORNEYS

5656 Hilton Ave.
Baton Rouge, LA 70808

**Renee Harbolic,** Paralegal
rharbolic@getgordon.com
D: 225-231-1903

March 16, 2022

Clerk of Court
18th JDC - West Baton Rouge
P.O. Box 107
Port Allen, LA 70767

RE: Dustin C. Bourque v. Kirksey Trucking, Inc., Sentry Select Insurance Company, USAA Property and Casualty Insurance Company and Brandon S. Reynolds
Suit Number: Suit #: 47302; Section B; 18th JDC - West Baton Rouge

Dear Sir/Madam:

Enclosed please find corrected service page of Petition For Damages in reference to the above captioned matter.

Please file same into the court record and return a stamped copy to me in the enclosed envelope. We are in receipt of the Long Arm Citation for Mr. Reynolds and thank you for same. If you have any questions, please do not hesitate to give me a call.

With kind regards, I am

Sincerely yours,

Brandon Stockstill
Gordon McKernan Injury Attorneys

BSS/rh
Encls.

*Please note to ensure proper delivery of any correspondence to Brandon Stockstill, remit to the above listed address only.*

www.getgordon.com

**OFFICES:**
BATON ROUGE | GONZALES | DENHAM SPRINGS | LAFAYETTE | SHREVEPORT | LAKE CHARLES | ALEXANDRIA | HAMMOND | MONROE | ZACHARY

Respectfully Submitted,

GORDON MCKERNAN
INJURY ATTORNEYS

*[signature]*

BRANDON S. STOCKSTILL (#26527)
J. Chandler Loupe (#19955)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
brandon@getgordon.com
Direct Dial: (225) 231.1911
Direct Fax:  (225) 926.1202

**PLEASE SERVE:**

**SENTRY SELECT INSURANCE COMPANY**
In its capacity as liability insurer
*Through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**KIRKSEY TRUCKING, INC.**
*Through its agent for service of process:*
F.A. Courtney, Jr.
220 West Maple Ridge Drive
Metairie, LA 70001

**BRANDON S. REYNOLDS**
*Via Louisiana Long Arm Statute:*
460 Hwy 30 West
Baldwyn, MS 38824

**USAA PROPERTY AND CASUALTY INSURANCE COMPANY**
In its capacity as uninsured/underinsured motorist insurer
*Through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

5

Case 3:22-cv-00242-BAJ-EWD    Document 1-3    04/13/22    Page 14 of 15

# CITATION



DUSTIN C. BOURQUE

Versus

KIRKSEY TRUCKING, INC., ET AL

Case: 00001047302
Division: B
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

SERVE: USAA PROPERTY AND CASUALTY INSURANCE COMPANY
THROUGH AGENT LA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

RETURN TO
W B R CLERK

You are named as a defendant in the above captioned matter. Attached to this citation is a:

I made service on the named party through the Office of the Secretary of State on

☒ Certified Copy of Original Petition

MAR 15 2022

☐ Certified Copy of Amended Petition

by tendering a copy of this document to:
JULIE NESBITT

☐ Discovery Request

DY. M. LOCKWOOD #0803

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on March 11, 2022.

RECEIVED

E.B.R. SHERIFF

RETURN TO
W B R CLERK

_____
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:
BRANDON STOCKSTILL

NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE
*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

Scanned & Filed MAR 29 2022          [ RETURN COPY ]

# CITATION



| | |
|---|---|
| **DUSTIN C. BOURQUE** | Case: 00001047302 |
| | Division: B |
| Versus | 18th Judicial District Court |
| | Parish of West Baton Rouge |
| **KIRKSEY TRUCKING, INC., ET AL** | State of Louisiana |

SERVE: SENTRY SELECT INSURANCE COMPANY
THROUGH S.O.S.
8585 ARCHIVES AVE
BATON ROUGE, LA 70809

**RETURN TO W B R CLERK**

You are named as a defendant in the above captioned matter. Attached to this citation is a:

*Made service on the named party through the Office of the Secretary of State on*

**MAR 15 2022**

by tendering a copy of this document to:
JULIE NESBITT

BY M. LCC (225)-(003) #08031
Deputy Sheriff, Parish of East Baton Rouge, LA

☒ Certified Copy of Original Petition

☐ Certified Copy of Amended Petition

☐ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge, on March 11, 2022.

RECEIVED

*[illegible stamp]*

CLERK OFFICE'S OFFICE

_____
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

**RETURN TO W B R CLERK**

Attorney:
BRANDON STOCKSTILL

**NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE**
If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you. Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice. If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).

Scanned & Filed MAR 28 2022   [ RETURN COPY ]